USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :      **ORDER**
v.                                   :
                                     :      20 CR 17 (VB)
JUAN CARLOS PEREZ-MERA,              :
                    Defendant.       :
--------------------------------------------------------------x

  **The status conference in this matter is now rescheduled for <u>June 12, 2020, at 1:00 p.m.</u> (which needed to be changed from 11:00 a.m. due to the latest revised scheduling protocols at the Westchester County Jail).** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

  By Order dated May 13, 2020, the Court instructed defense counsel to advise the Court in writing, by June 4, 2020, as to whether his client waives his right to be physically present and consents to appear by telephone for the upcoming conference. (Doc. #17). Defense counsel has not done so.

  Accordingly, it is hereby ORDERED:

  1. <u>By no later than June 8, 2020</u>, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

1

2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:** (888) 363-4749 (toll free) <u>or</u> (215) 446-3662
**Access Code:** 1703567

Dated: June 5, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge