UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **AMENDED SCHEDULING**
v.                                :     **ORDER**
                                  :
JUAN CARLOS PEREZ-MERA,           :     20 CR 17 (VB)
                Defendant.        :
--------------------------------------------------------------x

      The scheduling order in this case issued December 4, 2020 (Doc. #30), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows:  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 762762963#**.

Dated: December 9, 2020
      White Plains, NY

                                                    SO ORDERED:

                                                    Vincent L. Briccetti
                                                    United States District Judge